IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DODSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-343-WKW |
| | ) | |
| AETNA LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 1, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Defendant's Motion to Dismiss Plaintiff's State-Law Claims and to Strike Plaintiff's Jury Demand (Doc. # 8) is GRANTED;

(3) Plaintiff's complaint, which consists solely of state-law claims, is DISMISSED without prejudice to his ability to file an amended complaint asserting claims under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq*.

(4)     Plaintiff is DIRECTED to file on or before **March 30, 2018**, an Amended Complaint that brings claims under ERISA and that omits a jury demand. Failure to file an Amended Complaint by the March 30 deadline will result in dismissal of this action.

DONE this 19th day of March, 2018.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE